IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-382 |
| vs. | |
| MORGAN C. BROWN, and PEDRO R. TORRES, | ORDER |
| Defendants. | |

This matter is before the Court on the United States of America's Motion to Dismiss Certain Property from the Forfeiture Allegation (Filing 80). The United States seeks to dismiss from the Superseding Indictment (Filing 30) the property listed in paragraph 2(a) of the Forfeiture Allegation. *See* Filing 80. That property involves $4,350 in United States currency and a 2019 Chevrolet Malibu LS Sedan, VIN 1G1ZB5ST4KF206100 seized on August 16, 2019. Filing 30 at 4; Filing 80. The Court has reviewed the record in this case and finds leave should be granted to dismiss that property. Accordingly,

IT IS ORDERED:

1. The United States of America's Motion to Dismiss Certain Property from the Forfeiture Allegation (Filing 80) is granted; and

2. The above-listed property is dismissed from the Forfeiture Allegation contained within the Superseding Indictment (Filing 30 at 4).

Dated this 11th day of January, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge