IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MORGAN C. BROWN, and PEDRO R. TORRES,<br><br>　　　　　　Defendants. | 8:19-CR-382<br><br>AMENDED ORDER |

　　　　This matter is before the Court on the United States of America's Motion for Amended Order (Filing 82). The United States previously sought dismissal from the Superseding Indictment (Filing 30) the property listed in paragraph 2(a) of the Forfeiture Allegation. *See* Filing 80. That property involves $4,350 in United States currency and a 2019 Chevrolet Malibu LS Sedan, VIN 1G1ZB5ST4KF206100 seized on August 16, 2019. Filing 30 at 4; Filing 80. The Court granted that motion. Filing 81.

　　　　The United States now seeks an amended order that does not dismiss the $4,350 in United States currency because its request to dismiss that portion of the Forfeiture Allegation was erroneous. *See* Filing 82. The Court will grant the motion.

　　　　IT IS ORDERED:

1. The United States of America's Motion for Amended Order (Filing 82) is granted; and

2. The Court's prior Order (Filing 81) is amended to dismiss from the Forfeiture Allegation of the Superseding Indictment (Filing 30 at 4) only the 2019 Chevrolet Malibu LS Sedan, VIN 1G1ZB5ST4KF206100 seized on August 16, 2019.

2

Dated this 13th day of January, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge