IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN C. BROWN and PEDRO TORRES,<br><br>Defendants. | 8:19-CR-382<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the before the Court upon the United States' Motion for Preliminary Order of Forfeiture (Filing 84). The Court reviews the record in this case and finds as follows:

1. Defendant Morgan C. Brown entered into a Plea Agreement (Filing 75), pleading guilty to Counts One and Two and admitting to the Forfeiture Allegation of the Superseding Indictment. The Forfeiture Allegation alleged Defendants used certain property in the commission of the conspiracy and derived certain property from proceeds obtained directly or indirectly as a result of the commission of the conspiracy, including:

    - $11,480.00 in U.S. currency;
    - $8,458.00 in U.S. currency;
    - $9,000 in U.S. currency;
    - $4,350.00 in U.S. currency; and
    - $1,300.00 in U.S. currency.

2. By virtue of said plea of guilty, Defendant forfeited her interest in the subject property, and the United States should be entitled to possession of said property, pursuant to 21 U.S.C. § 853.

3. The United States' Motion for Preliminary Order of Forfeiture (Filing 84) should be granted.

    **IT IS THEREFORE ORDERED**:

1

1. The Motion for Preliminary Order of Forfeiture (Filing 84) is hereby granted and Defendant's, Morgan C. Brown's, interest in the property is forfeited to the United States for disposition in accordance with the law.

2. The United States is authorized to seize the subject property and shall hold the property in its secure custody and control.

3. Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. To the extent practicable, the United States may provide direct written notice to any person known to have alleged an interest in the property.

4. Pursuant to 21 U.S.C. § 853(n)(2), such notice shall provide that any person, other than Defendant, having or claiming a legal interest in the property must file a petition with this Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. Pursuant to 21 U.S.C. § 853(n)(3), a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

6. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

Dated this 29th day of January, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge