IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19–CR–382 |
| vs. | ORDER |
| MORGAN C. BROWN, | |
| Defendant. | |

This matter is before the Court on the defendant's *pro se* Motion to Clarify. Filing 121. The defendant states, "I recently received a letter from this office regarding the 2023 Amendment of United States Sentencing Guidelines 1B1.13 and 1B1.10," *i.e.*, Amendment 821, "stating that I may qualify for relief." Filing 121 at 1. The defendant asks the Court to "give [her] a status update or elaborate on what it means." Filing 121 at 1. But the Court already ruled on the defendant's request for resentencing under Amendment 821, concluding that she was not eligible for resentencing under the Amendment. Filing 120; *see also* Filing 118 (probation worksheet concluding the same). Thus, the defendant is not entitled to relief. Accordingly,

IT IS ORDERED:

1. The defendant's Motion for Clarification, Filing 121, is granted insofar as this Order explains her lack of entitlement to resentencing under Amendment 821; and

2. The defendant's sentence remains unchanged.

Dated this 11th day of June, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1